UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00158-SI |
| v. | INDICTMENT |
| YEXON EFRAIN MENDEZ-ZUNIGA, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(B)(1)(C), and 846 |
| Defendant. | 18 U.S.C. §§ 922(g)(5) and 924(c) |
| | Forfeiture Allegations |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl)**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846)**

Beginning on or about a date unknown to the Grand Jury and continuing until on or about February 22, 2023, within the District of Oregon and elsewhere, defendant **YEXON EFRAIN MENDEZ-ZUNIGA** did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

///

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 846.

## COUNT 2
### (Possession with the Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about February 22, 2023, within the District of Oregon, defendant **YEXON EFRAIN MENDEZ-ZUNIGA** did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 3
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)
### (18 U.S.C. § 924(c))

On or about February 22, 2023, within the District of Oregon, defendant **YEXON EFRAIN MENDEZ-ZUNIGA**, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance and Possession with the Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth in Counts 1 and 2, did knowingly possess the following firearm, to-wit: a Century Arms 9mm pistol, serial number 16AI01385;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

///

///

///

## COUNT 4
### (Alien in Unlawful Possession of a Firearm)
### (18 U.S.C. § 922(g)(5))

On or about February 22, 2023, within the District of Oregon, defendant **YEXON EFRAIN MENDEZ-ZUNIGA**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess the following firearm: a Century Arms 9mm pistol, serial number 16AI01385, which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(5).

## FIRST FORFEITURE ALLEGATION
### (Controlled Substance Offense)

Upon conviction of an offense in Counts 1 and/or 2, defendant **YEXON EFRAIN MENDEZ-ZUNIGA** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

///

///

///

## SECOND FORFEITURE ALLEGATION
(Firearm Offense)

Upon conviction of an offense in Counts 3 and/or 4, defendant **YEXON EFRAIN MENDEZ-ZUNIGA** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in that offense, including without limitation: a Century Arms 9mm pistol, serial number 16AI01385, and the associated ammunition.

Dated: May ___, 2023.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney